U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 4 2015

TONY R. MOORE, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LAMAR THOMPSON,<br>   Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:14-CV-00419 |
| VERSUS | |
| DENISE MAYS,<br>   Defendant | JUDGE TOM STAGG<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendant's motion for summary judgment (Doc. 25) is DENIED.

THUS ORDERED AND SIGNED in Chambers at <u>Shreveport</u>, Louisiana, on this 4th day of May 2015.

                _____
                JUDGE TOM STAGG
                UNITED STATES DISTRICT JUDGE